1  MARTIN D. CHITWOOD (*pro hac vice*)
   GREGORY E. KELLER (*pro hac vice*)
2  **CHITWOOD HARLEY HARNES LLP**
   1230 Peachtree Street, NE
3  Promenade II, Suite 2300
   Atlanta, Georgia 30309
4  Telephone: (404) 873-3900
   Facsimile: (404) 876-4476
5
6  Lead Counsel for Plaintiffs

7  GWENDOLYN R. GIBLIN (State Bar #181973)
   **GOLD BENNETT CERA & SIDENER, LLP**
8  595 Market Street, Suite 2300
   San Francisco, CA 94105-2835
9  Telephone: (415) 777-2230
   Facsimile: (415) 777-5189
10
11 Liaison Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re PROVIDIAN FINANCIAL CORP. SECURITIES LITIGATION | Master File No. C-01-3952 CRB (JCS) |
| | <u>CLASS ACTION</u> |
| This Document Relates to: All Actions | |

## [PROPOSED] ORDER RE: THIRD DISTRIBUTION OF CLASS SETTLEMENT FUND

[Proposed] Order Re: Third Distribution of Class Settlement Fund
Master File No. C-01-3952-CRB

**AND NOW,** this  5th  day of _____ May ____, 2011, upon consideration of Plaintiffs' Notice of Motion and Motion for Third Distribution of Class Settlement Fund ("Motion") and the Declaration of Bruce H. Cozzi (of Gilardi & Company, the Claims Administrator) Regarding Status of Settlement Fund (Exhibit 1 to Motion), it is hereby ORDERED as follows:

1. The Claims Administrator is directed to distribute the balance of the Settlement Fund after deducting the payments previously allowed and set forth herein (the "Net Settlement Fund") to Class Members who (a) cashed their second distribution check and (b) would receive a check of $10 or more. Such distribution shall be in proportion to the Recognized Claim allocable to each such eligible Class Member.

2. The Court approves payment to Gilardi & Company, the Claims Administrator, in the amount of $1,500.00 from the Settlement Fund for its fees and unreimbursed expenses in connection with the third distribution of the Net Settlement Fund.

3. If after six months following such third distribution any funds shall remain in the Net Settlement Fund, any remainder shall be allocated for Cy Pres distribution to Legal Services Corporation (http://www.lsc.gov/), a non-sectarian, not-for-profit, 501(c)(3) organization that provides national civil legal aid for the poor.

Dated: _____ May 05, 2011

**BY THE COURT:**

_____
The Honorable Charles R. Breyer
Judge, United States District Court



[Proposed] Order Re: Third Distribution of Class Settlement Fund
Master File No. C-01-3952 CRB

- 2 -